John T. Egley, Bar No. 232545
jegley@calljensen.com
Jacqueline Beaumont, Bar No. 253776
jbeaumont@calljensen.com
Nilab Rahyar Tolton, Bar No. 272810
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA 92660
Tel: (949) 717-3000
Fax: (949) 717-3100

Attorneys for Defendant KS Industries, LP

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BAPTISTE, JOSEPH BAPTISTE, DAVID DILLWORTH, KENNETH DILLWORTH, MARVIN HARRIS, and HERMAN ST. BRICE,<br><br>Plaintiffs,<br><br>vs.<br><br>KS INDUSTRIES, LP,<br><br>Defendant. | Case No. 1:18-cv-00016-AWI-JLT<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO SUBSTITUTE KS INDUSTRIES, LLC FOR DEFENDANT KS INDUSTRIES, LP**<br><br>Complaint Filed: January 3, 2018<br>Trial Date: October 22, 2019 |

KSI01-10:18cv16.o.Baptiste stipo to sub D.mas.docx:9-10-18

# **PROPOSED ORDER**

Having reviewed the Joint Stipulation to Substitute KS Industries, LLC for Defendant KS Industries, LP, the Court **HEREBY ORDERS**:

1. KSI, LP is deemed to be dismissed without prejudice from this action in its entirety, and KSI, LLC is substituted in its place as a new Defendant;

2. The Answer on file is deemed to be amended as filed on behalf of KS Industries, LLC and not KSI, LP;

3. KS Industries, LLC is hereby precluded from arguing that the doctrine of administrative exhaustion of remedies applies to Plaintiffs' claims in this case as a result of this substitution of defendants; and

4. In the event that Plaintiffs secure monetary relief in this action against KS Industries, LLC, and KS Industries, LLC does not fulfill any monetary relief obligations it has in this action, Plaintiffs may seek that same monetary relief against KS Industries, LP.

IT IS SO ORDERED.

Dated: September 10, 2018

_____
SENIOR DISTRICT JUDGE