# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AARON BAPTISTE *et al.*,** | **CASE NO. 1:18-CV-00016-AWI-JLT** |
| **Plaintiffs,** | |
| v. | **ORDER GRANTING MOTION TO WITHDRAW FILINGS** |
| **KSI, LLC,** | (Doc. No. 41) |
| **Defendant.** | |

This is a lawsuit about six former employees who were allegedly treated unlawfully by their employer. The six former employees are Plaintiffs Aaron Baptiste, Joseph Baptiste, David Dillworth, Kenneth Dillworth, Marvin Harris, and Herman St. Brice. The employer is Defendant KSI, LLC.

Before the Court is Plaintiffs' motion to withdraw, which asks the Court to withdraw filings from the record that were filed by Plaintiffs' counsel but "inadvertently" contained personal identification information of some Plaintiffs. See Doc. No. 41. In their motion, Plaintiffs failed to specifically identify the filings that they want withdrawn, although it appears from the motion's exhibits that Plaintiffs want the following filings withdrawn: Doc. No. 38-5; Doc. No. 38-7; Doc. No. 38-9; Doc. No. 38-10; and Doc. No. 38-13. These filings appear to include employment records and W-2 wage and tax statements for some Plaintiffs.

The Court will grant Plaintiffs' motion pursuant to Fed. R. Civ. P. 5.2(a), which provides as follows:

> (a) Redacted Filings. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
>
> (1) the last four digits of the social-security number and taxpayer-identification number;
>
> (2) the year of the individual's birth;
>
> (3) the minor's initials; and
>
> (4) the last four digits of the financial-account number.

## **ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. The Clerk of Court shall immediately **WITHDRAW** the following filings from the record: Doc. No. 38-5; Doc. No. 38-7; Doc. No. 38-9; Doc. No. 38-10; and Doc. No. 38-13.

2. Plaintiffs shall **FILE** redacted versions of the aforementioned filings by February 5, 2019, and Plaintiffs' redactions should be consistent with Fed. R. Civ. P. 5.2(a).

IT IS SO ORDERED.

Dated: February 1, 2019

_____
SENIOR DISTRICT JUDGE