# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BAPTISTE, et al., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KS INDUSTRIES, LP, ) <br> ) <br> Defendant. ) <br> ) | Case No.: 1:18-cv-00016 AWI JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT <br> (Doc. 43) |

The parties report they had come to terms of settlement. (Doc. 43) They indicate they will seek dismissal of the action soon. Id.  Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than March 22, 2019**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**


IT IS SO ORDERED.

Dated: **February 15, 2019**           **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE